UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  5:13CR348 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| JULIO TZIP-YAC, | ) | |
| | ) | |
| | ) | |
| DEFENDANT. | ) | |

This matter is before the Court upon Magistrate Judge George J. Limbert's Report and Recommendation that the Court ACCEPT Defendant Julio Tzip-Yac's ("Defendant") plea of guilty and enter a finding of guilty against Defendant. (Doc. No. 17.)

On July 24, 2013, the government filed an Indictment against Defendant. (Doc. No. 10.) On October 3, 2013, this Court issued an order assigning this case to Magistrate Judge Limbert for the purpose of receiving Defendant's guilty plea. (Doc. No. 15.)

On October 23, 2013, a hearing was held in which Defendant entered a plea of guilty to Counts 1-5 of the Indictment, charging him with possession of document making implement, in violation of Title 18 U.S.C. Section 1028(a)(5); and transfer of ID documents, in violation of Title 18 U.S.C. Section 1028(a)(2). Magistrate Judge Limbert received Defendant's guilty plea and issued a Report and Recommendation ("R&R") recommending that this Court accept the plea and enter a finding of guilty. (Doc. No. 17.)

Neither party objected to the Magistrate Judge's R&R in the fourteen days after it was issued.

Upon *de novo* review of the record, the Magistrate Judge's R&R is ADOPTED. Specifically, the Court finds as follows: that the defendant is competent to enter a plea, that he understands his constitutional rights, that he is aware of the consequences of entering a plea, and that there is an adequate factual basis for the plea. The Court further finds that the plea was entered knowingly, intelligently, and voluntarily. Accordingly, the Defendant's plea of guilty is APPROVED.

Therefore, the Defendant is adjudged guilty of Counts 1-5 in violation of 18 U.S.C. Section 1028(a)(5) and 18 U.S.C. Section 1028(a)(2). The sentencing will be held on January 21, 2014 at 11:30 a.m.

**IT IS SO ORDERED**.

Dated: November 15, 2013

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**